**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6693**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

TAYRON TYREE WEEKS, a/k/a Tatron N. Weeks, a/k/a Made Man,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:14-cr-00313-TSE-1)

Submitted: September 24, 2020          Decided: September 29, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tayron Tyree Weeks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tayron Tyree Weeks appeals the district court's order denying Weeks' "Judicial Notice of Special Deposit Security Instruments" challenging his conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Weeks*, No. 1:14-cr-00313-TSE-1 (E.D. Va. Apr. 28, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*